# CASOS RESUELTOS SIN OPINION (PER CURIAM)

DESDE DICIEMBRE 5, 1921, A JULIO 13, 1922.

No. 1789. El Pueblo, Apelado, v. Dávila et al., Apelantes.—Corte de Distrito de Ponce. Alteración de la paz. Resuelto en diciembre 5, 1921. No existe pliego de excepciones ni relación de hechos y no aparece de los autos error fundamental alguno. *Confirmada.*

No. 1796. El Pueblo, Apelado, v. Santiago, Apelante.—Corte de Distrito de San Juan, Sección Segunda. Infracción artículo 162 Código Penal. Inscripción electoral. Resuelto en diciembre 5, 1921. No aparece de los autos error fundamental alguno. *Confirmada.*

No. 1780. El Pueblo, Apelado, v. Rivera y Díaz, Apelante el Segundo.—Corte de Distrito de San Juan, Sección Segunda. Adulteración de leche. Resuelto en diciembre 5, 1921. No existe pliego de excepción ni se ha presentado alegato y no aparece de los autos error fundamental alguno. *Confirmada.*

No. 2608. Blanco, Apelado, v. Saúl, Apelante.—Corte de Distrito de San Juan, Primer Distrito. Desahucio. Resuelto en diciembre 6, 1921. Moción de la apelada para que se desestime la apelación, con la conformidad de la parte contraria. Sin efecto el señalamiento. *Desestimada.*

No. 2597. Suárez, Apelado, v. Cortés (Sucesión), Apelante.—Corte de Distrito de Humacao. Cobro de dinero. Resuelto en diciembre 9, 1921. Moción de la parte apelada para que se desestime la apelación. Vencida la prórroga de 90 días concedida no se ha solicitado ninguna otra y no se ha presentado la exposición del caso sin que tampoco se haya archivado la transcripción de autos. *Desestimada.*